THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ALI CUMMINGS, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.